IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **QUINISE CAMPBELL,** | : |
| Plaintiff, | : |
| v. | : Case No. 1:11-CV-02356 |
| **SBC GLOBAL SERVICES, INC., et al.,** | : Judge Patricia A. Gaughan |
| Defendants. | : |

So Ordered.
/s/ Patricia A. Gaughan
12/16/11

**STIPULATED NOTICE OF DISMISSAL OF ALL CLAIMS AGAINST
SBC GLOBAL SERVICES, INC. AND SBC GLOBAL'S NOTICE OF
WITHDRAWAL OF ITS MOTION TO DISMISS**

Plaintiff Quinise Campbell and Defendants SBC Global Services, Inc. ("SBC Global") and the Ohio Bell Telephone Company ("Ohio Bell"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to Plaintiff's voluntary dismissal of her claims against SBC Global with prejudice. Accordingly, Ohio Bell remains as the sole party defendant in this action.

As Plaintiff has agreed to dismiss SBC Global, SBC Global withdraws its Motion to Dismiss as moot. (ECF No. 7).

Respectfully submitted,

| | |
|---|---|
| */s/ Steven J. Forbes* | */s/ Amy Ryder Wentz* |
| Steven J. Forbes (0042410) | Laura A. Lindner (1021506) |
| Patrick J. Milligan (0078140) | LITTLER MENDELSON, P.C. |
| NORCHI FORBES LLC | A Professional Corporation |
| Commerce Park IV | 111 East Kilbourn Avenue, Suite 1000 |
| 23240 Chagrin Boulevard, Suite 600 | Milwaukee, WI  53202 |
| Cleveland, OH 44122 | Telephone: 414.291.5536 |
| Telephone: 216.514.9500 | Facsimile:  414.291.5526 |
| Facsimile:  216.514.4304 | Email: llindner@littler.com |
| Email: sforbes@norchilaw.com | |
|         pjmilligan@norchilaw.com | Amy Ryder Wentz (0081517) |
| | LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiff | A Professional Corporation |
| QUINISE CAMPBELL | 1100 Superior Avenue, 20th Floor |
| | Cleveland, OH  44114 |
| | Telephone: 216.696.7600 |
| | Facsimile:  216.696.2038 |
| | Email: awentz@littler.com |
| | |
| | Attorneys for Defendants |
| | SBC GLOBAL SERVICES, INC. and |
| | THE OHIO BELL TELEPHONE COMPANY |